# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : NO. 547 |
| | : |
| ORDER ADOPTING RULES 490.2 AND | : CRIMINAL PROCEDURAL RULES |
| 790.2 AND AMENDING RULES 320, 490, | : DOCKET |
| 790, AND 791 OF THE PENNSYLVANIA | : |
| RULES OF CRIMINAL PROCEDURE | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of June, 2023, upon the recommendation of the Criminal Procedural Rules Committee; the proposal having been published for public comment at 51 Pa.B. 5587 (September 4, 2021):

    It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 490.2 and 790.2 of the Pennsylvania Rules of Criminal Procedure are adopted in the attached form and Rules 320, 490, 790, and 791 of the Pennsylvania Rules of Criminal Procedure are amended in the attached form.

    This Order shall be processed in accordance with Pa.R.J.A. 103(b), and shall be effective April 1, 2024.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.